The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VITALII KUBAI,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE SCOTT, WARDEN, Northwest ICE Processing Center; and JULIO HERNANDEZ, DIRECTOR, Seattle Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No. C26-4333-SKV<br><br>STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>November 16, 2026 |

Petitioner VITALII KUBAI filed this habeas action on November 9, 2026, alleging that Respondents took him into custody on November 5, 2026, without notice and an opportunity to be heard in violation of the Fifth Amendment of the United States Constitution. On November 12, 2026, Respondents released Petitioner from custody on bond. Respondents' release of Petitioner has rendered the petition for habeas corpus moot. Accordingly, the parties jointly move to dismiss

//

//



**UNITED STATES ATTORNEY**
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3665

the present case before this Court.

IT IS SO STIPULATED.

DATED this 16th day of November, 2026.

Respectfully submitted,

*s/ Robert Bond*
ROBERT BOND, Esquire
PA Bar No. 308371
11880 Bustleton Avenue, Suite 206
Philadelphia, PA 19116
(215) 240-7565
rbond@phillylawcenter.com

*s/ Inna Scott*
INNA SCOTT, WSBA No. 46864
655 S. Orcas Street, Suite 210
Seattle, WA 98108
(206) 774-8758
iscott@globallawadvocates.com

*Counsel for Petitioner*

*s/ Shaun Pehl*
SHAUN PEHL, WA No. 45534
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3665
Fax: 206-553-4073
Email: shaun.pehl@usdoj.gov

*Attorney for Respondents*

I certify that this memorandum contains 81 words, in compliance with the Local Civil Rules.

/ / /

/ / /

/ / /

/ / /

**ORDER**

This matter is DISMISSED without prejudice and without fees or costs to either party.

It is so **ORDERED**.

DATED this 16th day of November, 2026.

S. KATE VAUGHAN
United States Magistrate Judge



**UNITED STATES ATTORNEY**
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3665